**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER V.G. JEFFERSON, | No. C 05-2884 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| P. JOHN MANCUSO, | |
| Defendant(s). / | |

This matter is currently scheduled for a Case Management Conference on June 21, 2007. Please take notice that the Case Management Conference is CONTINUED to June 28, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file their joint statement by June 21.

**IT IS SO ORDERED.**

Dated: June 8, 2007

MARIA-ELENA JAMES
United States Magistrate Judge