IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER V.G. JEFFERSON, | No. C 05-2884 MEJ |
| Plaintiff(s), | **ORDER RE: SETTLEMENT CONFERENCE** |
| vs. | **ORDER STAYING PRETRIAL AND TRIAL DATES** |
| P. JOHN MANCUSO, | |
| Defendant(s). | |

On June 22, 2007, the Court referred this matter to a randomly-selected magistrate judge to conduct a settlement conference. However, upon review of the docket, it appears that the case was never assigned as ordered. Accordingly, the Court ORDERS that this matter be referred to a randomly-selected magistrate judge to conduct a settlement conference within 120 days from the date of this Order. All pretrial and trial dates are STAYED pending the outcome of the settlement conference.

**IT IS SO ORDERED.**

Dated: February 12, 2008

MARIA-ELENA JAMES
United States Magistrate Judge